[No. 2947–2. Division Two. December 28, 1978.]

EDITH G. RODERICK, *Respondent,* v. HENRY R. RADFORD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 67224, John H. Kirkwood, J., entered May 23, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Soule, J.

[No. 2798–2. Division Two. December 28, 1978.]

WILLIAM W. SMITH, ET AL, *Appellants,* v. GEORGE A. PLUTE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 22830, Tyler C. Moffett, J., entered February 18, 1978. *Affirmed in part* and *remanded* by unpublished opinion per Soule, J., concurred in by Reed, A.C.J., and Johnson, J. Pro Tem.

[No. 2473–3. Division Three. December 28, 1978.]

*In the Matter of the Marriage of* PATRICIA KEYES, *Respondent, and* HARRY T. KEYES, ` *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 29870, Albert J. Yencopal, J., entered June 22, 1977. *Reversed* by unpublished opinion per Roe, J., concurred in by Munson, C.J., and Green, J.

[No. 4771–1. Division One. January 2, 1979.]

CLIFFORD A. STONE, *Appellant,* v. GROUP HEALTH DENTAL COOPERATIVE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 805598, James W. Mifflin, J., entered May 10, 1976. *Reversed* by unpublished opinion per Farris, C.J., concurred in by James and Ringold, JJ.